**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Roystone on Queen Anne LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2917265** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **606 Maynard Avenue S, Suite 251 Seattle, WA 98104-2958**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **King**<br>County | **Location of principal assets, if different from principal place of business**<br>**Roystone Apartments**<br>**5 W Roy Street Seattle, WA 98119**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 24-11462-CMA    Doc 1    Filed 06/12/24    Ent. 06/12/24 12:13:58    Pg. 1 of 42

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 24-11462-CMA    Doc 1    Filed 06/12/24    Ent. 06/12/24 12:13:58    Pg. 3 of 42

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 24-11462-CMA    Doc 1    Filed 06/12/24    Ent. 06/12/24 12:13:58    Pg. 4 of 42

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 12, 2024**
               _____
               MM / DD / YYYY

**X** **/s/ James H. Wong**                              **James H. Wong**
_____          _____
Signature of authorized representative of debtor      Printed name

Title    **Manager of Vibrant Cities, LLC**
         _____

**18. Signature of attorney**

**X** **/s/ Richard B. Keeton**                         Date   **June 12, 2024**
_____                 _____
Signature of attorney for debtor                            MM / DD / YYYY

**Richard B. Keeton**
_____
Printed name

**Bush Kornfeld LLP**
_____
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
_____
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**        Email address   **rkeeton@bskd.com**
                _____                        _____

**WSBA 51537 WA**
_____
Bar number and State

## MEMBER RESOLUTIONS
## OF ROYSTONE ON QUEEN ANNE LLC

The undersigned, being the members of Roystone on Queen Anne LLC, a Washington limited liability company (the "Company"), do hereby consent to adoption of the following resolutions:

WHEREAS, the undersigned are the members of the Company (each, a "Member," and together, the "Members"), each with a fifty percent (50%) ownership interest in the Company; and

WHEREAS, Vibrant Cities, LLC is the manager of the Company (the "Manager"); and

WHEREAS, the Company owns a newly-constructed residential apartment complex commonly known as the Roystone Apartments, located at 5 W Roy Street, Seattle, WA 98119 (the "Property"), as to which it obtained a Certificate of Occupancy in March 2023; and

WHEREAS, on or around January 27, 2020, the Company entered into a construction loan agreement (the "Loan Agreement") with First Interstate Bank ("First Interstate"), which provided financing to the Company in the original principal amount of $30,000,000 (the "Loan") to facilitate the development and construction of the Property, secured by a deed of trust encumbering the Property (the "Deed of Trust"); and

WHEREAS, Pavilion Construction NW, LLC ("Pavilion") served as the general contractor in connection with construction of the Property. Pavilion asserts it is owed approximately $746,494 (the "Pavilion Claim") for cost overruns and other expenses, an amount to which the Company has not yet agreed to, secured by a materialmen's lien on the Property; and

WHEREAS, on February 22, 2023, the Company and First Interstate executed a modification of the Loan Agreement, which, among other things, amended the maturity date of the Loan to February 1, 2024; and

WHEREAS, on or around February 9, 2024, First Interstate assigned all of its rights in, under and to the Loan to 5 Roy SEA1, LLC ("Lender"), a special purpose entity formed for the purpose of acquiring the Loan from First Interstate; and

WHEREAS, on or around April 9, 2024, Lender commenced a non-judicial foreclosure of the Deed of Trust (the "Foreclosure"); and

WHEREAS, on April 19, 2024, Lender commenced a lawsuit in King County Superior Court, styled *5 Roy SEA1, LLC v. Roystone on Queen Anne LLC*, Case No. 24-2-08686-2 SEA (the "Lawsuit") seeking, among other relief, appointment of a custodial receiver to take possession of the Property and its proceeds and leases pending completion of the Foreclosure; and

WHEREAS, the Company currently has financial obligations to Pavilion and other asserted secured and unsecured creditors, each of whom extended goods and services to the Company in reliance that their claims would be paid. The Company desires to protect its ability to repay these creditors; and

WHEREAS, having considered the interests of the Company and all of its creditors, it is the collective opinion of the Members and the Manager of the Company that, in light of the pending Foreclosure and Lawsuit, it is reasonable and prudent to commence and proceed expeditiously with the filing of a bankruptcy case under Chapter 11 of the Bankruptcy Code, to reorganize the financial affairs of the Company, preserve the Property as an asset of the Company and maximize its value for the benefit of all of the Company's creditors.

NOW, THEREFORE, the undersigned, being the Members and Manager of the Company, unanimously consent to the following action:

RESOLVED, that the Company, acting through the Manager, is hereby authorized and directed to commence and expeditiously proceed with a bankruptcy case under Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professionals to represent and assist the Company in connection with the bankruptcy case upon terms that are reasonable and appropriate; and it is

FURTHER RESOLVED, that the Company, acting through the Manager, shall take such steps and execute such further instruments or documents as may be reasonably required in order to effectuate the foregoing resolutions.

*[Signature pages follow]*

PAGE 2 OF 3

These resolutions may be executed in any number of counterparts, each of which shall be an original and all of which, taken together, shall constitute the same instrument. Scanned, facsimile, digital and electronic signatures shall be effective and binding for all purposes. The execution of this resolution shall constitute written waiver of any notice required by applicable law and the respective company documents of the undersigned.

SIGNED this 10th day of June, 2024.

**ROYSTONE ON QUEEN ANNE LLC**
a Washington limited liability company

By:

Its Manager:

**VIBRANT CITIES, LLC**

James Wong
Its Manager

*- and –*

Its Members:

**VIBRANT CITIES, LLC**

James Wong
Its Manager

**ELV US III, LLC**

By:

Its Manager:

PPGE ROYSTONE, LLC

Zameer Upadhya
Zameer Upadhya
Its Manager

PAGE **3** OF **3**

**Fill in this information to identify the case:**

Debtor name   **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 12, 2024**    X **/s/ James H. Wong**
                                       Signature of individual signing on behalf of debtor

                                       **James H. Wong**
                                       Printed name

                                       **Manager of Vibrant Cities, LLC**
                                       Position or relationship to debtor

| Debtor name | **Roystone on Queen Anne LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apartments LLC 2563 Collection Center Dr. Chicago, IL 60693** | dnega@costar.com | | | | | **$1,689.00** |
| **B.E.E. Consulting, LLC 22903 66th Place West Mountlake Terrace, WA 98043** | **Leanne Lettice** Leanne@bee-engineers.com | | | | | **$4,500.00** |
| **Comcast Business 9602 S 300 W., Suite B Sandy, UT 84070-3302** | | | | | | **$79.83** |
| **Graffiti Busters LLC 4640 Union Bay Place NE Seattle, WA 98105-4027** | info@graffitibusterswashington | | | | | **$659.18** |
| **Guardian Security Systems, Inc 1743 1st Avenue S. Seattle, WA 98134-1403** | customercare@guardiansecurity.com | | | | | **$117.80** |
| **IPP Financial Advisers Pte Ltd 78 Shenton Way #30-01 Singapore 079120** | **Albert Lam Choong Fei** albert@ippfa.com | | | | | **$627,123.29** |
| **Parker, Smith & Feek Insurance 2233 112th Avenue NE Bellevue, WA 98004** | **Elze Yankowski** ecyankowski@psfinc.com | | | | | **$1,890.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peak Insurance Advisors, LLC P.O. Box 209409 Austin, TX 78720-9280 | Whitney.Chan@yardi.com | | | | | $23.26 |
| RentGrow, Inc. 307 Waverley Oaks Road Suite 301 Waltham, MA 02452 | information@rentgrow.com | | | | | $48.00 |
| Seattle Dep't of Transp. Street Use Division PO Box 34996 Seattle, WA 98124-4996 | 684-Road@seattle.gov | | | | | $54,157.00 |
| Seyfarth Shaw LLP 999 Third Avenue, Suite 4700 Seattle, WA 98104-4041 | Meghan Douris mdouris@seyfarth.com | | | | | $3,266.00 |
| SparkClean Services LLC 158 SW 148th Street, #1156 Burien, WA 98166-1924 | info@sparkclean-services.com | | | | | $4,250.00 |
| Yardi Systems, Inc. 430 S Fairview Avenue Santa Barbara, CA 93117-3637 | Annette Biggs annette.biggs@yardi.com | | | | | $42.00 |
| YES Energy Management, Inc. 430 S. Fairview Avenue Santa Barbara, CA 93117 | annette.biggs@yardi.com | | | | | $402.50 |

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $    **39,056,543.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $    **376,583.57**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................    $    **39,433,126.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **35,078,012.02**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **698,247.86**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b      $    **35,776,259.88**

Fill in this information to identify the case:

Debtor name **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Interstate Bank**<br>**401 N 31st Street**<br>**Billings, MT 59101-1200** | **Business Checking (loan servicing account)** | **6431** | **$107,193.45** |
| 3.2. | **JPMorgan Chase Bank, N.A.**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | **Business Premier Savings (savings account)** | **9629** | **$0.02** |
| 3.3. | **JPMorgan Chase Bank, N.A.**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | **Platinum Business Checking (development account)** | **9789** | **$600.45** |
| 3.4. | **East West Bank**<br>**2331 130th Ave. NE, Suite 104**<br>**Bellevue, WA 98005** | **Standard Business Checking (tenant deposit account)** | **4024** | **$60,643.00** |
| 3.5. | **East West Bank**<br>**2331 130th Ave. NE, Suite 104**<br>**Bellevue, WA 98005** | **Standard Business Checking (operating account)** | **4685** | **$6,418.90** |

4. **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          | $177,619.88

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

  7.1.  **Tenant Security Deposits**                                              $60,643.00

      **Bush Kornfeld LLP**
      **601 Union Street, Suite 5000**
      **Seattle, WA 98101**

  7.2.  **Balance of Retainer**                                                   $117,898.84

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | $178,541.84

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

  11a. 90 days old or less:        20,421.85        -              0.00    = ....      $20,421.85
                                   face amount           doubtful or uncollectible accounts
                            **Tenant Accounts Receivable**

  11b. Over 90 days old:            3,816.69        -          3,816.69    =....           $0.00
                                   face amount           doubtful or uncollectible accounts
                            **Tenant Accounts Receivable**

12.    **Total of Part 3.**                                                         | $20,421.85

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furnishings | **$0.00** | | Unknown |
| 40. **Office fixtures** <br> Light Fixtures | **$0.00** | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Appliances | **$0.00** | | Unknown |
|     Various Office Equipment | **$0.00** | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.** | Fee simple | N/A | Appraisal with owner adjustments | $39,056,543.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $39,056,543.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** **Tenant list and mailing lists** | $0.00 | | Unknown |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable** <br> Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Potential legal claims and causes of action against 5 Roy SEA1, LLC,  Citymark Capital, and potential other parties arising from alleged breach of a Mutual Nondisclosure Agreement.** | **Unknown** |
| Nature of claim      Breach of contract, unjust enrichment, etc. |  |
| Amount requested                            **TBD** |  |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76.    **Trusts, equitable or future interests in property** |  |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78.    **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $177,619.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $178,541.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,421.85 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $39,056,543.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $376,583.57 | + 91b. $39,056,543.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $39,433,126.57 |

**Fill in this information to identify the case:**

Debtor name   **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **5 Roy SEA1, LLC**<br>Creditor's Name<br><br>**1375 E 9th Street, Suite 2880**<br>**Cleveland, OH 44114-1787**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/27/2020**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**<br><br>**Describe the lien**<br>**Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$30,348,092.20** | **$39,056,543.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. 5 Roy SEA1, LLC**<br>**2. Equity Funding, LLC**<br>**3. Pavilion Construction NW, LLC**<br>**4. Elk Heights Excavation LLC**<br>**5. All Wire Electric, Inc.**<br>**6. Sunset Cement Finishing, Inc.**<br>**7. Cadman, Inc.**<br>**8. KB Glass and Metal**<br>**9. KB Glass and Metal** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **All Wire Electric, Inc.** | **Describe debtor's property that is subject to a lien** | **$128,425.68** | **$39,056,543.00** |

| Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **600 SW 13th Street, Suite 200**<br>**Renton, WA 98057** | **Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.** | | |
| Creditor's mailing address | Describe the lien<br>**Construction/Materialmen's Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | ☐ No | | |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **8/14/2020** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☐ No | ■ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| **Specified on line 2.1** | ■ Disputed | | |

| | | Describe debtor's property that is subject to a lien | | $19,293.50 | $39,056,543.00 |
|---|---|---|---|---|---|
| 2.3 | **Cadman, Inc.** | **Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.** | | | |
| | Creditor's Name | | | | |
| | **300 E John Carpenter, #1600**<br>**Irving, TX 75062** | | | | |
| | Creditor's mailing address | Describe the lien<br>**Construction/Materialmen's Lien** | | | |
| | | Is the creditor an insider or related party? | | | |
| | | ■ No | | | |
| | | ☐ Yes | | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | | |
| | | ☐ No | | | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| | **12/13/2020** | | | | |
| | **Last 4 digits of account number** | | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | | |
| | ☐ No | ■ Contingent | | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | | |
| | **Specified on line 2.1** | ■ Disputed | | | |

| | | Describe debtor's property that is subject to a lien | | $104,091.87 | $39,056,543.00 |
|---|---|---|---|---|---|
| 2.4 | **Elk Heights Excavation LLC** | **Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.** | | | |
| | Creditor's Name | | | | |
| | **22710 SE Lake Francis Road**<br>**Maple Valley, WA 98038** | | | | |
| | Creditor's mailing address | Describe the lien<br>**Construction/Materialmen's Lien** | | | |
| | | Is the creditor an insider or related party? | | | |
| | | ■ No | | | |
| | | ☐ Yes | | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | | |
| | | ■ No | | | |
| | **Date debt was incurred** | | | | |

**3/17/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.5 | **Equity Funding, LLC** | | $3,500,000.00 | $39,056,543.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**

**11245 SE 6th Street, Suite 280**
**Bellevue, WA 98004**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/22/2023**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **KB Glass and Metal** | | $15,612.20 | $39,056,543.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**

**PO Box 3431**
**Redmond, WA 98073**
Creditor's mailing address

**Describe the lien**
**Construction/Materialmen's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/10/2022**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.7 | **KB Glass and Metal** | | $79,071.25 | $39,056,543.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

| Creditor's Name | | | |
|---|---|---|---|

Creditor's Name

**114 W Winesap Road
Bothell, WA 98012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/05/2022
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**

Describe the lien
**Construction/Materialmen's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.8** | **Pavilion Construction NW, LLC**

Creditor's Name

**15455 Hallmark Dr., Suite 200
Lake Oswego, OR 97204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
3/17/2020
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien     **$746,494.00**     **$39,056,543.00**
**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**

Describe the lien
**Construction/Materialmen's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Sunset Cement Finishing, Inc.**

Creditor's Name

**P.O. Box 1752
Sumner, WA 98390-0370**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien     **$136,931.32**     **$39,056,543.00**
**Real property and improvements thereon located at 5 W Roy Street, Seattle, WA 98119, commonly known as the Roystone Apartments.**

Describe the lien
**Construction/Materialmen's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 5

| Debtor | **Roystone on Queen Anne LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Date debt was incurred

**9/21/2020**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$35,078,012. 02** |
|---|---|

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **5 Roy SEA1, LLC**<br>**c/o Foster Garvey P.C.**<br>**1111 Third Avenue, Suite 3000**<br>**Seattle, WA 98101-3292** | Line __2.1__ | |

---

Debtor name   **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1** | Priority creditor's name and mailing address

**City of Seattle Dep't of
   Finance & Admin. Servs.
700 5th Avenue, Suite 4250
PO Box 34214
Seattle, WA 98124-4214**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**B&O taxes**

Is the claim subject to offset?
■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Ops.
P.O. Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Federal income taxes**

Is the claim subject to offset?
■ No
☐ Yes

Case 24-11462-CMA    Doc 1    Filed 06/12/24    Ent. 06/12/24 12:13:58    Pg. 24 of 42

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**King County Treasury Ops.**
**King Street Center**
**201 S Jackson Street, #710**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Dep't of Revenue**
**Bankruptcy/Claims Unit**
**2101 Fourth Avenue, Suite 1400**
**Seattle, WA 98121-2300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State B&O and sales and use taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

            **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,689.00 |
|---|---|---|---|

**Apartments LLC**
**2563 Collection Center Dr.**
**Chicago, IL 60693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**B.E.E. Consulting, LLC**
**22903 66th Place West**
**Mountlake Terrace, WA 98043**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.83 |
|---|---|---|---|

**Comcast Business**
**9602 S 300 W., Suite B**
**Sandy, UT 84070-3302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**   **6609**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $659.18 |
|---|---|---|---|

**Graffiti Busters LLC**
**4640 Union Bay Place NE**
**Seattle, WA 98105-4027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $117.80 |
|---|---|---|---|

**Guardian Security Systems, Inc**
**1743 1st Avenue S.**
**Seattle, WA 98134-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $627,123.29 |
|---|---|---|---|

**IPP Financial Advisers Pte Ltd**
**78 Shenton Way #30-01**
**Singapore 079120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/12/2021

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,890.00 |
|---|---|---|---|

**Parker, Smith & Feek Insurance**
**2233 112th Avenue NE**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $23.26 |
|---|---|---|---|

**Peak Insurance Advisors, LLC**
**P.O. Box 209409**
**Austin, TX 78720-9280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Puget Sound Energy, Inc.**
**355 110th Avenue NE #EST-11**
**Bellevue, WA 98004-5862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0880

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $48.00 |
|---|---|---|---|

**RentGrow, Inc.**
**307 Waverley Oaks Road**
**Suite 301**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Roystone on Queen Anne LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Seattle City Light**
**P.O. Box 34023**
**Seattle, WA 98124-4023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _7800_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,157.00 |
|---|---|---|---|

**Seattle Dep't of Transp.**
**Street Use Division**
**PO Box 34996**
**Seattle, WA 98124-4996**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Seattle Public Utilities**
**P.O. Box 34018**
**Seattle, WA 98124-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0414_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,266.00 |
|---|---|---|---|

**Seyfarth Shaw LLP**
**999 Third Avenue, Suite 4700**
**Seattle, WA 98104-4041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**SparkClean Services LLC**
**158 SW 148th Street, #1156**
**Burien, WA 98166-1924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Yardi Systems, Inc.**
**430 S Fairview Avenue**
**Santa Barbara, CA 93117-3637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.50 |
|---|---|---|---|

**YES Energy Management, Inc.**
**430 S. Fairview**
**Santa Barbara, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Roystone on Queen Anne LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **B.E.E. Consulting, LLC**<br>**170 W. Dayton St., Suite 206**<br>**Edmonds, WA 98020** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Comcast Cable Commc'ns Mgmt.**<br>**One Comcast Center**<br>**Attn: Legal**<br>**1701 JFK Blvd.**<br>**Philadelphia, PA 19103** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Parker, Smith & Feek Insurance**<br>**430 E Douglas Ave., Suite 400**<br>**Wichita, KS 67202-3409** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Puget Sound Energy, Inc.**<br>**P.O. Box 91269**<br>**Bellevue, WA 98009-9269** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **RentGrow, Inc.**<br>**P.O. Box 847851**<br>**Boston, MA 02284-7851** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Seattle City Light**<br>**PO Box 35178**<br>**Seattle, WA 98124-5178** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Seattle Public Utilities**<br>**P.O. Box 35177**<br>**Seattle, WA 98124-5177** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Seyfarth Shaw LLP**<br>**233 S Wacker Dr., Suite 8000**<br>**Chicago, IL 60606-6448** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 698,247.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 698,247.86 |

Debtor name **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
  amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Multifamily Housing Limited Property Tax Exemption Agreement** |
| State the term remaining — **Indefinite** | **City of Seattle** |
| List the contract number of any government contract | **Office of Housing**<br>**700 Fifth Avenue, Suite 5700**<br>**Seattle, WA 98124-4725** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** |
| State the term remaining — **12/31/2029** | **Jennifer Dawn Singer** |
| List the contract number of any government contract | **The Uncommon Cottage**<br>**5 West Roy Street**<br>**Seattle, WA 98119** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Property Management Agreement** |
| State the term remaining — **2/01/2025** | **Ori Residential, Inc.** |
| List the contract number of any government contract | **601 Union Street, Suite 1730**<br>**Seattle, WA 98101-2196** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Public Place Indemnity Agreement** |
| State the term remaining — **Indefinite** | **Seattle Dep't of Transp.** |
| List the contract number of any government contract | **Street Use Division**<br>**PO Box 34996**<br>**Seattle, WA 98124-4996** |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 1 of 2

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **6/17/2028** | **Seayou Corporation**<br>**21003 66th Avenue S.**<br>**Kent, WA 98032** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Various Tenant Apartment Leases** | |
|---|---|---|---|
| | State the term remaining | **Varying remaining terms** | **Various Tenant Aptmnt. Leases** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name     **Roystone on Queen Anne LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James Wong** | **19 Crescent Ky**<br>**Bellevue, WA 98006**<br>**Guarantor** | **5 Roy SEA1, LLC** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **James Wong** | **19 Crescent Ky**<br>**Bellevue, WA 98006**<br>**Guarantor** | **Equity Funding, LLC** | ■ D __**2.5**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Pavilion Construction NW, LLC** | **15455 Hallmark Dr., Suite 200**<br>**Lake Oswego, OR 97035**<br>**Construction/Materialmen's Lien** | **KB Glass and Metal** | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Pavilion Construction NW, LLC** | **1930 6th Ave. S, Suite 101**<br>**Seattle, WA 98134**<br>**Construction/Materialmen's Lien** | **KB Glass and Metal** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Pavilion Construction NW, LLC** | **15455 Hallmark Dr., Suite 200**<br>**Lake Oswego, OR 97035**<br>**Construction/Materialmen's Lien** | **Sunset Cement Finishing, Inc.** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Pavilion Construction NW, LLC | 15455 Hallmark Dr., Suite 200 Lake Oswego, OR 97035 Construction/Materialmen's Lien | All Wire Electric, Inc. | ■ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.7 | Sunset Cement Finishing, Inc. | P.O. Box 1752 Sumner, WA 98390-0370 Construction/Materialmen's Lien | Cadman, Inc. | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.8 | Jennifer Dawn Singer | 372 Aloha Street Seattle, WA 98109 | Jennifer Dawn Singer | ☐ D _____ ☐ E/F _____ ■ G **2.2** |
| 2.9 | Weibin Li | 16039 SE 144th Street Renton, WA 98059 | SeaYou Corporation | ☐ D _____ ☐ E/F _____ ■ G **2.5** |

# United States Bankruptcy Court
## Western District of Washington

In re   **Roystone on Queen Anne LLC**      Case No. _____

                              Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ELV US III, LLC**<br>**2800 Post Oak Blvd.**<br>**Suite 4100**<br>**Houston, TX 77056** | **Member** | **50%** | **Membership Interest** |
| **Vibrant Cities, LLC**<br>**606 Maynard Ave. S, Suite 251**<br>**Seattle, WA 98104-2958** | **Member** | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Manager of Vibrant Cities, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 12, 2024** _____      Signature   **/s/ James H. Wong** _____

                                                            **James H. Wong**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re  **Roystone on Queen Anne LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Vibrant Cities, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 12, 2024**

**/s/ James H. Wong**

**James H. Wong/Manager of Vibrant Cities, LLC**
Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE  #2000
SEATTLE, WA 98104


RICHARD B. KEETON
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


ROYSTONE ON QUEEN ANNE LLC
606 MAYNARD AVENUE S, SUITE 251
SEATTLE, WA 98104-2958
```

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
  UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #400
SEATTLE, WA 98121


5 ROY SEA1, LLC
1375 E 9TH STREET, SUITE 2880
CLEVELAND, OH 44114-1787


5 ROY SEA1, LLC
C/O FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WA 98101-3292


ALL WIRE ELECTRIC, INC.
600 SW 13TH STREET, SUITE 200
RENTON, WA 98057


APARTMENTS LLC
2563 COLLECTION CENTER DR.
CHICAGO, IL 60693


B.E.E. CONSULTING, LLC
22903 66TH PLACE WEST
MOUNTLAKE TERRACE, WA 98043


B.E.E. CONSULTING, LLC
170 W. DAYTON ST., SUITE 206
EDMONDS, WA 98020

CADMAN, INC.
300 E JOHN CARPENTER, #1600
IRVING, TX 75062


CINCINNATI INSURANCE COMPANY
P.O. BOX 145496
CINCINNATI, OH 45250-5496


CITY OF SEATTLE
OFFICE OF HOUSING
700 FIFTH AVENUE, SUITE 5700
SEATTLE, WA 98124-4725


CITY OF SEATTLE DEP'T OF
  FINANCE & ADMIN. SERVS.
700 5TH AVENUE, SUITE 4250
PO BOX 34214
SEATTLE, WA 98124-4214


COMCAST BUSINESS
9602 S 300 W., SUITE B
SANDY, UT 84070-3302


COMCAST CABLE COMMC'NS MGMT.
ONE COMCAST CENTER
ATTN: LEGAL
1701 JFK BLVD.
PHILADELPHIA, PA 19103


EAST WEST BANK
2331 130TH AVE. NE, SUITE 104
BELLEVUE, WA 98005


EAST WEST BANK
135 N LOS ROBLES AVE., FLOOR 7
PASADENA, CA 91101-4525


ELK HEIGHTS EXCAVATION LLC
22710 SE LAKE FRANCIS ROAD
MAPLE VALLEY, WA 98038


EQUITY FUNDING, LLC
11245 SE 6TH STREET, SUITE 280
BELLEVUE, WA 98004

FIRST INTERSTATE BANK
401 N 31ST STREET
BILLINGS, MT 59101-1200


FIRST INTERSTATE BANK
P.O. BOX 241826
OMAHA, NE 68124


GRAFFITI BUSTERS LLC
4640 UNION BAY PLACE NE
SEATTLE, WA 98105-4027


GUARDIAN SECURITY SYSTEMS, INC
1743 1ST AVENUE S.
SEATTLE, WA 98134-1403


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES WONG
19 CRESCENT KY
BELLEVUE, WA 98006


JENNIFER DAWN SINGER
THE UNCOMMON COTTAGE
5 WEST ROY STREET
SEATTLE, WA 98119


JENNIFER DAWN SINGER
372 ALOHA STREET
SEATTLE, WA 98109


JPMORGAN CHASE BANK, N.A.
P.O. BOX 182051
COLUMBUS, OH 43218-2051


JPMORGAN CHASE BANK, N.A.
383 MADISON AVENUE
NEW YORK, NY 10179


KB GLASS AND METAL
PO BOX 3431
REDMOND, WA 98073

```
KB GLASS AND METAL
114 W WINESAP ROAD
BOTHELL, WA 98012


KING COUNTY TREASURY OPS.
KING STREET CENTER
201 S JACKSON STREET, #710
SEATTLE, WA 98104


ORI RESIDENTIAL, INC.
601 UNION STREET, SUITE 1730
SEATTLE, WA 98101-2196


PARKER, SMITH & FEEK INSURANCE
2233 112TH AVENUE NE
BELLEVUE, WA 98004


PARKER, SMITH & FEEK INSURANCE
430 E DOUGLAS AVE., SUITE 400
WICHITA, KS 67202-3409


PAVILION CONSTRUCTION NW, LLC
15455 HALLMARK DR., SUITE 200
LAKE OSWEGO, OR 97204


PAVILION CONSTRUCTION NW, LLC
15455 HALLMARK DR., SUITE 200
LAKE OSWEGO, OR 97035


PAVILION CONSTRUCTION NW, LLC
1930 6TH AVE. S, SUITE 101
SEATTLE, WA 98134


PEAK INSURANCE ADVISORS, LLC
P.O. BOX 209409
AUSTIN, TX 78720-9280


PROPEL INSURANCE
1201 PACIFIC AVE., SUITE 1000
TACOMA, WA 98402-4321


PUGET SOUND ENERGY, INC.
355 110TH AVENUE NE #EST-11
BELLEVUE, WA 98004-5862
```

```
PUGET SOUND ENERGY, INC.
P.O. BOX 91269
BELLEVUE, WA 98009-9269


RENTGROW, INC.
307 WAVERLEY OAKS ROAD
SUITE 301
WALTHAM, MA 02452


RENTGROW, INC.
P.O. BOX 847851
BOSTON, MA 02284-7851


SEATTLE CITY LIGHT
P.O. BOX 34023
SEATTLE, WA 98124-4023


SEATTLE CITY LIGHT
PO BOX 35178
SEATTLE, WA 98124-5178


SEATTLE DEP'T OF TRANSP.
STREET USE DIVISION
PO BOX 34996
SEATTLE, WA 98124-4996


SEATTLE PUBLIC UTILITIES
P.O. BOX 34018
SEATTLE, WA 98124-5177


SEATTLE PUBLIC UTILITIES
P.O. BOX 35177
SEATTLE, WA 98124-5177


SEAYOU CORPORATION
21003 66TH AVENUE S.
KENT, WA 98032


SECURITIES & EXCHANGE COMM'N
OFFICE OF REORGANIZATION
444 S FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071
```

```
SEYFARTH SHAW LLP
999 THIRD AVENUE, SUITE 4700
SEATTLE, WA 98104-4041


SEYFARTH SHAW LLP
233 S WACKER DR., SUITE 8000
CHICAGO, IL 60606-6448


SPARKCLEAN SERVICES LLC
158 SW 148TH STREET, #1156
BURIEN, WA 98166-1924


SUNSET CEMENT FINISHING, INC.
P.O. BOX 1752
SUMNER, WA 98390-0370


WA STATE DEP'T OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 FOURTH AVENUE, SUITE 1400
SEATTLE, WA 98121-2300


WEIBIN LI
16039 SE 144TH STREET
RENTON, WA 98059


YARDI SYSTEMS, INC.
430 S FAIRVIEW AVENUE
SANTA BARBARA, CA 93117-3637


YES ENERGY MANAGEMENT, INC.
430 S. FAIRVIEW
SANTA BARBARA, CA 93117
```

# United States Bankruptcy Court
## Western District of Washington

In re   <u>**Roystone on Queen Anne LLC**</u>

Debtor(s)

Case No. _____

Chapter   <u>**11**</u>

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**Roystone on Queen Anne LLC**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ELV US III, LLC**
**2800 Post Oak Blvd.**
**Suite 4100**
**Houston, TX 77056**

**Vibrant Cities, LLC**
**606 Maynard Ave. S, Suite 251**
**Seattle, WA 98104-2958**

☐ None [*Check if applicable*]

<u>**June 12, 2024**</u>

Date

<u>**/s/ Richard B. Keeton**</u>
**Richard B. Keeton**
Signature of Attorney or Litigant
Counsel for   <u>**Roystone on Queen Anne LLC**</u>
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**rkeeton@bskd.com**